IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Sheila A

Printed: 01/29/09

Case Number: 05 B 30609
Judge: Wedoff, Eugene R
Filed: 8/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  December 8, 2008
Confirmed:  September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,200.00 |  |
| Secured: |  | 4,441.09 |
| Unsecured: |  | 2,569.04 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,226.00 |
| Trustee Fee: |  | 528.56 |
| Other Funds: |  | 435.31 |
| Totals: | 10,200.00 | 10,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lehman & Fox | Administrative | 2,226.00 | 2,226.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Capital One | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 1,894.38 | 1,894.38 |
| 6. | Select Portfolio Servicing | Secured | 11,292.53 | 1,853.25 |
| 7. | CitiFinancial | Secured | 188.33 | 188.33 |
| 8. | American Suzuki Automotive | Secured | 4,228.56 | 505.13 |
| 9. | Monterey Financial Services | Unsecured | 172.55 | 339.71 |
| 10. | American Suzuki Automotive | Unsecured | 809.98 | 1,594.66 |
| 11. | Capital One | Unsecured | 114.97 | 226.33 |
| 12. | Olympia Fields Dental Group | Unsecured | 9.03 | 15.22 |
| 13. | Check N Go | Unsecured | 53.29 | 97.37 |
| 14. | Verizon Wireless | Unsecured | 85.76 | 156.69 |
| 15. | Nicor Gas | Unsecured | 76.11 | 139.06 |
| 16. | St James Hospital | Unsecured |  | No Claim Filed |
| 17. | Alliance One | Unsecured |  | No Claim Filed |
| 18. | St James Hospital | Unsecured |  | No Claim Filed |
| 19. | Athletico Ltd | Unsecured |  | No Claim Filed |
| 20. | AMS of Indiana | Unsecured |  | No Claim Filed |
| 21. | Verizon North | Unsecured |  | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured |  | No Claim Filed |
| 23. | St James Hospital | Unsecured |  | No Claim Filed |
| 24. | Chicago Transit Authority | Unsecured |  | No Claim Filed |
| 25. | Consultants In Pathology | Unsecured |  | No Claim Filed |
| 26. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Sheila A | Case Number: 05 B 30609 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 01/29/09 | Filed: 8/4/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | National Enterprise System | Unsecured | | No Claim Filed |
| 28. | ER Solutions | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Southland Corp | Unsecured | | No Claim Filed |
| 31. | St James Hospital | Unsecured | | No Claim Filed |
| 32. | South Suburban Dental Center | Unsecured | | No Claim Filed |
| 33. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 34. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 35. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 36. | St James Hospital | Unsecured | | No Claim Filed |
| | | | $ 21,151.49 | $ 9,236.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 252.77 |
| 5% | 29.58 |
| 4.8% | 115.63 |
| 5.4% | 51.89 |
| 6.5% | 67.73 |
| 6.6% | 10.96 |
| | $ 528.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

